HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
BRANDEN LEE BROPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>BRANDEN LEE BROPHY,<br><br>*Defendant.* | Case No. 1:15-cr-00127-DAD-BAM<br><br>ORDER FOR RELEASE OF BRANDEN LEE BROPHY TO THE JERICHO PROJECT DRUG AND ALCOHOL TREATMENT PROGRAM ON APRIL 11, 2018<br><br>Hon. Dale A. Drozd |

On April 9, 2018 Defendant Branden Lee Brophy appeared before the Honorable Dale A. Drozd for sentencing on his violation of supervised release. Sentencing was then set aside and Brophy's conditions of supervised release were amended to include "enrollment in, successful completion of, and full and complete compliance with all of the requirements of the Jericho Project drug and alcohol treatment program for a minimum of twelve months." This proposed order is submitted to authorize Brophy's release from the Fresno County Jail on April 11, 2018, at 10:30 a.m., to the custody of Jericho Project drug and alcohol treatment program staff for transport to the Jericho Project treatment program. Mr. Brophy shall remain in the custody of Jericho Project staff and not be left alone from the time he exits the jail until he enters the program.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 10, 2018

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
BRANDEN LEE BROPHY

## **ORDER**

Defendant BRANDEN LEE BROPHY shall be released from the Fresno County Jail to the custody of Jericho Project drug and alcohol treatment program staff on April 11, 2018, at 10:30 a.m. for immediate transport to the Jericho Project treatment program. The defendant shall remain in the custody of Jericho Project staff and not be left alone from the time he exits the jail until he enters the program.

IT IS SO ORDERED.

Dated: **April 10, 2018**

_____
UNITED STATES DISTRICT JUDGE

Romero-Castro: Stipulation

2